HERMAN GOTTLIEB, Appellant, *v.* SIMON J. ALTSCHULER et al., Respondents.

*Gottlieb* v. *Altschuler*, 143 App. Div. 935, affirmed.
(Submitted November 22, 1911; decided December 12, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 31, 1911, which affirmed an order of Special Term directing plaintiff to release defendant Altschuler from a judgment heretofore directed against him.

*Herman Gottlieb* appellant in person.

*A. Rosenstein* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.